IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BEN E. KEITH, CO., D/B/A BEN E. KEITH FOODS, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 4:20-CV-133-A |
| DINING ALLIANCE, INC., | § § | |
| Defendant. | § | |

## ORDER

It has come to the court's attention that there may be some question as to the existence of its jurisdiction, since none of the parties has properly pleaded citizenship as required. Getty Oil Corp. v. Ins. Co. of N.A., 841 F.2d 1254, 1259 (5th Cir. 1988). For purposes of diversity jurisdiction, a limited liability company's citizenship is that of each of its members. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077, 1080 (5th Cir. 2008). Accordingly,

The court ORDERS that by December 15, 2021, each party[1] file a document establishing its citizenship for diversity purposes, supported by affidavit or declaration.

---

[1] The court notes that plaintiff sued Buyers Edge Platform, LLC, a Delaware limited liability company.

Failure to comply with this order may result in the dismissal of any claims asserted by the party failing to make full disclosure.

SIGNED December 1, 2021.

JOHN McBRYDE
Senior United States District Judge