IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
DEC 27 2021
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| BEN E. KEITH, CO., D/B/A BEN E. KEITH FOODS, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 4:20-CV-133-A |
| DINING ALLIANCE, INC., | § § § | |
| Defendant. | § | |

ORDER

The court has received and reviewed the amended statement of citizenship of defendants, Dining Alliance, LLC, Buyers Edge Platform, LLC, and Consolidated Concepts, LLC., and finds that they still have not complied with the court's orders of December 1, 2021, and December 16, 2021 requiring them to identify all of their members and partners for the purpose of determining their citizenship. The court will take up at the pretrial conference the matter of sanctions to be imposed as a result of the failure to comply with its orders. If any party has legal authorities bearing on this subject that it wishes the court to consider, it should file an appropriate document setting forth its position

by 10:00 a.m. on December 29, 2021.

The court SO ORDERS.

SIGNED December 27, 2021.

_____
JOHN McBRYDE
Senior United States District Judge