IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 30 2021
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| BEN E. KEITH, CO., | § | |
| D/B/A BEN E. KEITH FOODS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:20-CV-133-A |
| | § | |
| DINING ALLIANCE, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER

Came on for consideration the motion of plaintiff, Ben E. Keith, Co., d/b/a Ben E. Keith Foods ("BEK"), for leave to file certain exhibits supporting its motion to exclude Kimberly A. Train under seal. The court finds that the motion should be granted.

The court ORDERS that the motion for leave be, and is hereby, granted, and the sealed appendix submitted with the motion may be maintained under seal.

SIGNED December 30, 2021.

_____
JOHN McBRYDE
Senior United States District Judge