IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BEN E. KEITH, CO., D/B/A BEN E. KEITH FOODS, Plaintiff, | § § § § § |
| VS. | §  NO. 4:20-CV-133-A |
| DINING ALLIANCE, INC., Defendant. | § § § § § |

## ORDER

Came on for consideration the unopposed motion of counterclaim defendant, Foodbuy, LLC, to extend deadline to file its reply brief supporting its Rule 12(b)(1) motion. The court finds that the motion should be granted.

The court ORDERS that the unopposed motion be, and is hereby, granted, and that counterclaim defendant be, and is hereby, granted an extension of time until January 6, 2022, in which to file its reply in support of its Rule 12(b)(1) motion.

SIGNED December 30, 2021.

_____
JOHN McBRYDE
Senior United States District Judge