

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BEN E. KEITH, CO., <br> D/B/A BEN E. KEITH FOODS, <br><br> Plaintiff, <br><br> VS. <br><br> DINING ALLIANCE, INC., et al., <br><br> Defendants. | § § § § § § § § § § § | NO. 4:20-CV-133-A |

## ORDER

The court has received and reviewed the response of Foodbuy, LLC, to the court's order of December 27, 2021, Doc.[1] 197, and is greatly concerned about the conduct of the attorneys who have been representing defendants in this action. The court has tentatively concluded that the pro hac vice status of Adam L. Littman, Benjamin M. Greene, and Joseph P. Crimmins should be revoked and that each document filed with the names of any of them shown as attorney of record for the filing party should be stricken.

The court ORDERS that by January 7, 2022, the above-named attorneys each show cause by appropriate written filing, supported by affidavit or declaration, why his admission to apear pro hac vice should not be revoked and why the filings

---

[1] The "Doc. __" reference is to the number of the item on the docket in this action.

made with names of any of them shown as attorney of record for the filing party should not be stricken.

The court will take up at a later time the matter of other sanctions to be imposed based on the conduct that is only just coming to light.

SIGNED December 30, 2021.

_____
JOHN McBRYDE
Senior United States District Judge