IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BEN E. KEITH, CO., | § | |
| D/B/A BEN E. KEITH FOODS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:20-CV-133-A |
| | § | |
| DINING ALLIANCE, INC., et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

The court has determined that the joint exhibit list filed
by the parties is wholly unacceptable. The list of exhibits is
so small as to be illegible and the shading only makes it more
difficult to read. That the list is in landscape mode makes it
even harder to work with. Further, many of the exhibits are
described in such a way as to make them indistinguishable. For
example, many are described as "email no subject" bearing the
same date. Sender, recipient, and subject are not identified.
Nor is the time sent, which would be important if multiple
emails were sent the same day. (The court recognizes that most
are also identified by Bates number, but those numbers have no
meaning to the court.) The court does not understand the column
for "producing party," when the pertinent information is the
sponsoring party. That information can be given in verbiage not

part of the chart, e.g. a statement that Exhibits __ through __ are being offered by plaintiff, etc. Therefore,

The court ORDERS that by January 14, 2022, the parties jointly file an amended join exhibit list bearing in mind the above-referenced shortcomings of the original list.

SIGNED December 30, 2021.

JOHN McBRYDE
Senior United States District Judge

2