IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BEN E. KEITH, CO. d/b/a<br>BEN E. KEITH FOODS,<br><br>*Plaintiff/Counterclaim Defendant*<br><br>v.<br><br>DINING ALLIANCE, INC.,<br>BUYERS EDGE PLATFORM, LLC and<br>CONSOLIDATED CONCEPTS, LLC,<br><br>*Defendants/Counterclaim Plaintiff*<br><br>v.<br><br>FOODBUY, LLC,<br><br>*Counterclaim Defendant/*<br>*Counterclaim Plaintiff* | §§§§§§§§§§§§§§§§§§§ | Civil Action No. 4:20-cv-00133-A |

**FOODBUY LLC'S NOTICE OF WITHDRAW OF POSSIBLE USE OF VIDEO OR AUDIO RECORDING AT TRIAL OTHER THAN VIDEOTAPED DEPOSITION**

Counterclaim Defendant/Counterclaim Plaintiff Foodbuy, LLC ("Foodbuy") respectfully withdraws its notice as stated in ECF Document No. 200, and submits this Notice to advise the Court that Foodbuy no longer intends to use at trial any video or audio recordings, other than videotaped depositions.

1

Dated: January 14, 2022                                            Respectfully submitted,

By: _____
**WILLIAM S. SNYDER**
Texas Bar No. 00786250
wsnyder@bradley.com
**STACY D. SIMON**
Texas Bar No. 00788413
ssimon@bradley.com
**BRIAN M. GILLETT**
Texas Bar No. 24069785
bgillett@bradley.com

**BRADLEY ARANT BOULT CUMMINGS LLP**
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
(214) 257-9800 (Telephone)
(214) 939-8787 (Facsimile)

**C. BAILEY KING, JR.**
North Carolina Bar No. 34043
*Admitted Pro Hac Vice*
cbailey@bradley.com

**BRADLEY ARANT BOULT CUMMINGS LLP**
214 N. Tryon Street, Suite 3700
Charlotte, North Carolina 28202
(704) 338-6000 (Telephone)
(704) 332-8858 (Facsimile)

**ATTORNEYS FOR COUNTERCLAIM DEFENDANT FOODBUY, LLC**

## CERTIFICATE OF SERVICE

On this 14th day of January 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

_____
William S. Snyder

2