UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BEN E. KEITH CO.,**
**D/B/A BEN E. KEITH FOODS,**

   Plaintiff,

v.                                                            No. 4:20-cv-0133-P

**DINING ALLIANCE, INC.,**

   Defendant.

### ORDER

In accordance with the Court's rulings in open court made earlier this day, the Court finding that Dining Alliance[1] failed to comply with its orders of December 1, 2021, and December 16, 2021, requiring that it file a document supported by affidavit or declaration establishing its citizenship, and that its attorneys violated their obligations to the Court in the respects discussed at the hearing,

The Court **ORDERS** that:

(1) the counterclaim of Dining Alliance is dismissed;

(2) the *pro hac vice* admissions of Joseph P. Crimmins, Adam L. Littman, and Benjamin Greene are revoked; and

(3) Joseph P. Crimmins, Adam L. Littman, Benjamin Greene, and Rachel Ullrich each pay to the Clerk of the United States District Court for the Northern District of Texas by 3:00 p.m. on this date the sum of $250.00 as a sanction for his or her conduct.

**SO ORDERED** on this **28th day** of **January, 2022.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

---

[1] The Court is using the term "Dining Alliance" to include both Dining Alliance, Inc., and Dining Alliance, LLC.