UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BEN E. KEITH CO.,**
**D/B/A BEN E. KEITH FOODS,**

  Plaintiff,

v.                                      No. 4:20-cv-133-P

**DINING ALLIANCE, INC.,**

  Defendant.

## FINAL JUDGMENT

In accordance with the Court's order signed this date:

The Court **ORDERS, ADJUDGES, and DECREES** that:

(1) the counterclaim of Dining Alliance is dismissed;

(2) the *pro hac vice* admissions of Joseph P. Crimmins, Adam L. Littman, and Benjamin Greene are revoked; and

(3) Joseph P. Crimmins, Adam L. Littman, Benjamin Greene, and Rachel Ullrich each pay to the Clerk of the United States District Court for the Northern District of Texas by 3:00 p.m. on this date the sum of $250.00 as a sanction for his or her conduct.

**SO ORDERED** on this **28th day** of **January, 2022.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE